UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL VALENZUELA,<br><br>   Petitioner,<br><br>   v.<br><br>G. HARRIS, Warden,<br><br>   Respondent. | NO. CV 98-3947-CAS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge with the exception that on page 12, line 18, the word "not" is added after the word "did." The sentence should read: "Here, by contrast, Petitioner did not enter a no contest or guilty plea, and there was no agreement between the prosecutor, defense counsel and court as to concurrent sentences."

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 14, 2017

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge