UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL VALENZUELA, | NO. CV 98-3947-CAS (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| G. HARRIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 14, 2017

_____
CHRISTINA A. SNYDER
United States District Judge